UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,

    Plaintiff,

v.

MURRAY MOTORS, INC.,

    Defendant.

C22-0283 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for default judgment, docket no. 17, is RENOTED to May 12, 2023. On or before the new noting date, Plaintiff shall submit a declaration and any supporting exhibits addressing the "Pension Surcharge" included in the audit report dated August 27, 2021. *See* Ex. C to Bayne Decl. (docket no. 18). Plaintiff has not adequately explained the nature of the Pension Surcharge or whether it represents the "supplemental contribution" referenced in the Memorandum of Understanding ("MOU") dated January 28, 2010. *See* Bayne Decl. at ¶ 11 & Ex. E (docket no. 18). Plaintiffs are also DIRECTED to file a copy of "Schedule A of the Automotive Machinists Pension Trust Rehabilitation Plan," which is referenced in the MOU. *See* Ex. E to Bayne Decl.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of April, 2023.

                                      Ravi Subramanian
                                      Clerk

                                      s/Laurie Cuaresma
                                      Deputy Clerk

MINUTE ORDER - 1