# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>                Plaintiff,<br><br>    v.<br><br>MURRAY MOTORS, INC.,<br><br>                Defendant. | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C22-0283 TSZ |

\_\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's motion, docket no. 17, is GRANTED, and default judgment is hereby ENTERED in favor of plaintiff Board of Trustees of the Automotive Machinists Pension Trust, and against defendant Murray Motors, Inc., UBI No. 054006198, in the following amounts: (i) $36,145.39 in unpaid contributions; (ii) $2,753.09 in liquidated damages; (iii) $4,656.80 in prejudgment interest; (iv) $2,480.25 in audit fees; (v) $3,634.50 in attorney's fees; and (vi) $537.00 in costs, all for a total amount of $50,207.03, which amount shall bear interest at the rate of four and seventy-five hundredths of one percent (4.75%) per annum from the date of plaintiff's motion, January 31, 2023, until paid in full, pursuant to 28 U.S.C. § 1961.

Dated this 15th day of May, 2023.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge